IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DEBRA COOK and
MARIA FLORA                                                                PLAINTIFFS

v.                          No. 2:20-cv-186-DPM

AUTOBAHN FREIGHT LINES, LTD. and
ALEXANDRU CALINA                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 26 May 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2022